UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: LORRAINE SANTOLI

Case Number: 16-23516

## NOTICE OF WITHDRAWAL OF CLAIM 7

Real Time Resolutions, Inc. hereby withdraws claim number 7 filed on 4/3/2017 as per order signed on 12/17/2018 resolving motion objecting to claim..

Dated: April 16, 2019

By /s/Rose Velasquez

Real Time Resolutions, Inc.